UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
DOMINIQUE NORMAN,

                Plaintiff,

      -against-                              ORDER

                                           21 Civ. 2453 (GBD)

THE NEW SCHOOL, ADRIANA IWASHKO-
RYBAK, STEPHEN KALOGERAS, UFUOMA
ABIOLA, RUTHIE KROAH, QUIZAYRA
GONZALES, LORENLEY BAEZ, GEYCEL
BEST, MICHELLE RELYEA, ANN MARIE
KLOTZ, KEILA TENNENT, XENIA
MARKOWITT, RHONNIE JAUS, GENE PUNO-
DELEON,
                Defendants.
------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

    In light of this case's referral to mediation, the August 4, 2021 initial conference is adjourned to September 22, 2021 at 9:45 a.m.

Dated: July 29, 2021
New York, New York

                                           SO ORDERED.

                                           GEORGE B. DANIELS
                                           UNITED STATES DISTRICT JUDGE