

DEC 1 3 2021

Marielle A. Moore
212.915.5549 (direct)
Marielle.Moore@wilsonelser.com

December 3, 2021

**SO ORDERED**

The conference scheduled for December 22, 2021 is adjourned to February 23, 2022 @ 9:45 a.m.

*[signature]* Hon. George B. Daniels

**Via ECF**
Hon. George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

DEC 1 8 2021

Re:   *Dominique Norman v. The New School et al.*
      Case No.: 1:21-cv-02453 (GBD)
      Our File No.: 22643.00011

Dear Judge Daniels:

We represent the defendants The New School, Adriana Iwashko-Rybak, Stephen Kalogeras, Ufuoma Abiola, Ruthie Kroah, Quizayra Gonzalez, Lorenley Baez, Geycel Best, Keila Tennent, Xenia Markowitt, Rhonnie Jaus, and Gene Puno-DeLeon in the referenced matter. We write jointly with the plaintiff and co-defendants respectfully to provide a mediation status update and to request an adjournment of the status conference currently scheduled for December 22, 2021, to a date after January 10, 2022. The parties engaged in a mediation session with Mediator Susanna Mancini on October 29, 2021. During that session, the parties agreed that further discovery was necessary and committed to reconvene before Ms. Mancini for a second mediation attempt on December 13, 2021. In light of the scheduled second mediation and the fact that counsel for the above-listed individual defendants will be out of state on December 22, 2021, for the Christmas holiday, we are respectfully requesting an adjournment of the status conference to a date convenient for the Court after January 10, 2022.

We thank the Court for its attention to this matter.

Very truly yours,

1

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

*/s/ Marielle A. Moore*
_____
Marielle A. Moore

cc:   All parties of record (via ECF)