UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
DOMINIQUE NORMAN,

                        Plaintiff,

        -against-                       ORDER

THE NEW SCHOOL, ADRIANA IWASHKO-         21 Civ. 02453 (GBD)
RYBAK, STEPHEN KALOGERAS, UFUOMA
ABIOLA, RUTHIE KROAH, QUIZAYRA
GONZALEZ, LORENLEY BAEZ, GEYCEL BEST,
MICHELLE RELYEA, ANN MARIE KLOTZ,
KEILA TENNENT, XENIA MARKOWITT,
RHONNIE JAUS, and GENE PUNO-DELEON,

                      Defendants.
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

    All conferences previously scheduled are adjourned *sine die*.

Dated: May 24, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge