

**Marielle A. Moore**
212.915.5549 (direct)
Marielle.Moore@wilsonelser.com

May 24, 2022

**Via ECF**
United States District Court
United States Courthouse

Attn.: Hon. George B. Daniels
United States District Judge

SO ORDERED:
George B. Daniels, U.S.D.J.
Dated: MAY 2 4 2022

Re: Dominique Norman v. The New School, et al.
Civil Action No.: 1:21-cv-02453 (GBD)
Our File No.: 22643.00011

Dear Judge Daniels:

We represent The New School, Adriana Iwashko-Rybak, Stephen Kalogeras, Ufuoma Abiola, Ruthie Kroah, Quizayra Gonzalez, Lorenley Baez, Geycel Best, Keila Tennent, Rhonnie Jaus, Gene Puno-DeLeon, and Xenia Markowitt in the above-referenced matter. We write jointly with counsel for the plaintiff and co-defendants Michelle Relyea and Ann Marie Klotz respectfully to request an adjournment of the status conference scheduled for tomorrow, May 25, 2022. The parties are in the process of executing a settlement agreement. We thank the Court for its time and attention to this matter.

Very truly yours,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

Marielle A. Moore

Marielle A. Moore